IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WELLS FARGO BANK, N.A. AS TRUSTEE FOR THE REGISTERED HOLDERS OF BANC OF AMERICA COMMERCIAL MORTGAGE INC., COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-2,<br><br>Plaintiff,<br><br>vs.<br><br>MMDG L.P., a Pennsylvania limited partnership,<br><br>Defendant. | **ELECTRONICALLY FILED**<br><br>Civil Action No. 2017-cv-01010-MRH<br><br>Hon. Mark R. Hornak<br><br>*(consolidated Civil Action No. 2017-cv-* |

## NOTICE OF APPEAL

Notice is hereby given that MMDG, L.P., a Pennsylvania limited partnership, defendant in the above-captioned action, appeals to the United States Court of Appeals for the Third Circuit from the final judgment entered in this action on December 12, 2018. This Notice of Appeal includes issues raised in prior interlocutory opinions, orders and judgments entered in the above-captioned action, including but not limited to the District Court's December 12, 2018 Opinion and Order granting summary judgment in favor of plaintiff.

Dated: January 11, 2019

MEYER, UNKOVIC & SCOTT LLP

By: /s/Robert E. Dauer, Jr.
　　Robert E. Dauer, Jr.
　　PA I.D. No. 61699
　　Jason M. Yarbrough
　　Pa. I.D. #93160
　　Gary M. Sanderson
　　Pa. I.D. #313591

　　535 Smithfield Street, Suite 1300
　　Pittsburgh, PA 15222
　　Telephone: (412) 456-2800
　　Facsimile: (412) 456-2864

　　Attorneys for Defendant MMDG, L.P.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 11th day of January, 2019, a true and correct copy of the foregoing Notice of Appeal was filed and served electronically on all counsel of record via the Court's CM/ECF system.

*/s/Robert E. Dauer, Jr.*
Robert E. Dauer, Jr.
